UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS ANDERS BROWN,

    Petitioner,

v.                            Case No. 3:16cv363-LC-CJK

JULIE L. JONES,

    Respondent.
_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 22, 2018. (Doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

Having considered the Report and Recommendation I have determined that it should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 26) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 4), challenging the

judgment of conviction and sentence in *State of Florida v. Curtis Sanders Brown*, Escambia County Circuit Court Case No. 2009-CF-5361, is DENIED.

3. The clerk is directed to close the file.

4. A certificate of appealability is DENIED.

**ORDERED** on this 6th day of July, 2018.

       s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**