UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS SANDERS BROWN

    Petitioner,

v.                                               Case No. 3:16cv363-LC-CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 22, 2018 (doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections (doc 31).

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted. Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 26) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 4), challenging the

judgment of conviction and sentence in *State of Florida v. Curtis Sanders Brown*, Escambia County Circuit Court Case No. 2009-CF-5361, is DENIED.

3. The clerk is directed to close the file.

4. A certificate of appealability is DENIED.

**ORDERED** on this 20th day of July, 2018.

       s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**